**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Pellegrino.a@wssllp.com

October 16, 2025

**VIA PACER**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:  *Victor Lopez v. Fashion Brand Company, Inc.*
     **Civil Case No.: 1:25-cv-6246-KPF**

Dear Judge Polk Failla,

Winget, Spadafora & Schwartzberg, LLP represents Defendant, Fashion Brand Company, Inc. ("Defendant"), in connection with the above-referenced matter. There is currently an initial conference scheduled in this matter for October 24, 2025. *See* Doc. # 6. Pursuant to Your Honor's Individual Practices, section 3(B), the parties are required to submit a Proposed Civil Case Management Plan and Scheduling Order by Thursday of the week prior to the initial pretrial conference, which is today, October 16, 2025. By this letter, Defendant, writing on behalf of itself and Plaintiff, Victor Lopez ("Plaintiff"), respectfully requests the Court adjourn the upcoming initial conference by 30 days and grant an extension of the parties' deadline to submit a Proposed Civil Case Management Plan and Scheduling Order.

Defendant notes that the Order setting the initial conference date was entered nearly two (2) months before Defendant appeared in this matter. *Compare* Doc. # 6, Text Order dated August 11, 2025, *with* Doc. # 11, Defendant's Answer, dated October 8, 2025. Additionally, following Defendant's appearance, the parties began discussing the potential for an early resolution of this matter. The parties respectfully request the adjournment of the upcoming initial pretrial conference and the deadline to submit a Proposed Civil Case Management Plan and Scheduling Order to allow additional time for the parties to engage in further discussions about the potential for an early resolution of this matter, which could potentially avoid the need for further litigation including discovery.

We respectfully request the Court "so Order" this submission to grant the requested extension. We thank the Court for its attention to this matter.

*Victor Lopez v. Fashion Brand Company, Inc.*
Civil Case No.: 1:25-cv-6246-KPF
October 16, 2025
Page 2 of 2

Respectfully submitted, this 16th day of October, 2025

GOTTLIEB & ASSOCIATES PLLC

By: */s/ Jeffrey M/ Gottlieb*
    Jeffrey M. Gottlieb, Esq.
    *Attorneys for Plaintiff*
    150 East 18 St.
    Suite PHR
    New York, New York  10003
    Tel: (212)228-9795


WINGET SPADAFORA & SCHWARTZBERG LLP

By: */s/  Anthony S. Pellegrino*
    Anthony S. Pellegrino, Esq.
    *Attorneys for Defendant*
    *Fashion Brand Company, Inc.*
    45 Broadway, 32nd Floor
    New York, NY 10006
    Tel: 212-221-6900

Application GRANTED.  The initial pretrial conference currently scheduled for October 24, 2025, is hereby ADJOURNED to **December 2, 2025, at 11:00 a.m.**  The parties shall submit their joint letter and proposed case management plan on or before **November 25, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    October 17, 2025
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Winget | Spadafora | Schwartzberg LLP